# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: DOMINQUEZ, WILFREDO | § | Case No. 08-11669-BWB |
| DOMINGUEZ, MARGARET | § | |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on October 09, 2009. The undersigned trustee was appointed on May 08, 2008.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of     $    10,200.06

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim distribution | 0.00 |
   | Administrative expenses | 83.96 |
   | Bank service fees | 604.86 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 0.00 |
   | Other payments to the debtor | 0.00 |
   | Leaving a balance on hand of [1]    $ | 9,511.24 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 02/25/2010 and the deadline for filing governmental claims was / / . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $1,770.01. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $1,770.01, for a total compensation of $1,770.01.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $155.00, for total expenses of $155.00.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 03/28/2014        By: /s/THOMAS B. SULLIVAN, TRUSTEE
                            Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 08-11669-BWB  
**Case Name:** DOMINQUEZ, WILFREDO  
DOMINGUEZ, MARGARET  
**Period Ending:** 03/28/14

**Trustee:** (330180) THOMAS B. SULLIVAN, TRUSTEE  
**Filed (f) or Converted (c):** 10/09/09 (c)  
**§341(a) Meeting Date:** 07/03/08  
**Claims Bar Date:** 02/25/10

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1  3504 WATERFORD DRIVE, JOLIET, IL | 272,000.00 | 0.00 | | 0.00 | FA |
| 2  CHECKING ACCOUNTS | 1,500.00 | 0.00 | | 0.00 | FA |
| 3  MISC HOUSEHOLD GOODS | 2,000.00 | 0.00 | | 0.00 | FA |
| 4  MISC BOOKS, ETC | 200.00 | 0.00 | | 0.00 | FA |
| 5  CLOTHING | 1,200.00 | 0.00 | | 0.00 | FA |
| 6  COSTUME JEWELRY | 200.00 | 0.00 | | 0.00 | FA |
| 7  LIFE INSURANCE POLICY | 0.00 | 0.00 | | 0.00 | FA |
| 8  401K | 60,213.00 | 0.00 | | 0.00 | FA |
| 9  MUTUAL OF AMERICA - | 9,461.25 | 0.00 | | 0.00 | FA |
| 10  2003 TOYOTA HIGHLANDER | 8,110.00 | 0.00 | | 0.00 | FA |
| 11  TRANSFER OF REAL ESTATE (u) | 37,000.00 | 37,000.00 | | 10,200.00 | FA |
| Int  INTEREST (u) | Unknown | N/A | | 0.06 | Unknown |
| 12  Assets   Totals (Excluding unknown values) | **$391,884.25** | **$37,000.00** | | **$10,200.06** | **$0.00** |

**Major Activities Affecting Case Closing:**

PURSUING FRAUDULENT CONVEYANCE JUDGMENT AGAINST CHILDREN; COLLECTING ON JUDGMENT; $400.00 PER MONTH FOR 36 MONTHS; MEDNIS FILED BANKRUPTCY; RESEARCHING 727 OR 523 COMPLAINT; AS PART OF OUR COLLECTION EFFORTS A JUDGMENT LIEN WAS RECORDED AGAINST MEDNIS' RESIDENCE; DUE TO MEDNIS' BK FILING AND RELATED FORECLOSURE, THE TRUSTEE BELIEVES THERE TO BE OF DEMIN IMUS VALUE

**Initial Projected Date Of Final Report (TFR):** December 31, 2012  **Current Projected Date Of Final Report (TFR):** December 31, 2014

Exhibit B

## Form 2
### Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 08-11669-BWB  
**Case Name:** DOMINQUEZ, WILFREDO  
DOMINGUEZ, MARGARET  
**Taxpayer ID #:** **-***1952  
**Period Ending:** 03/28/14  

**Trustee:** THOMAS B. SULLIVAN, TRUSTEE (330180)  
**Bank Name:** The Bank of New York Mellon  
**Account:** ****-******12-65 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 07/28/11 | | STEVE MEDNIS | Acct #1; Payment #0, 1 | | 2,200.00 | | 2,200.00 |
| | {11} | | Acct #1; Payment #0       1,800.00 | 1241-000 | | | 2,200.00 |
| | {11} | | Acct #1; Payment #1         400.00 | 1241-000 | | | 2,200.00 |
| 08/26/11 | {11} | STEVE MEDNIS | Acct #1; Payment #2; SETTLEMENT PAYMENT | 1241-000 | 400.00 | | 2,600.00 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 2,600.01 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 2,575.01 |
| 09/29/11 | {11} | STEVE MEDNIS | Acct #1; Payment #3; SETTLEMENT PAYMENT | 1241-000 | 400.00 | | 2,975.01 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 2,975.02 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 2,950.02 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 2,950.03 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 2,925.03 |
| 11/02/11 | {11} | STEVE & JESSICA MEDNIS | Acct #1; Payment #4; SETTLEMENT PAYMENT | 1241-000 | 400.00 | | 3,325.03 |
| 11/30/11 | {11} | STEVE MEDNIS | Acct #1; Payment #6; settlement funds | 1241-000 | ! 400.00 | | 3,725.03 |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 3,725.04 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 3,700.04 |
| 12/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 3,700.05 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 3,675.05 |
| 01/03/12 | {11} | MARGARET DOMINGUEZ | Acct #1; Payment #5; SETTLEMENT PAYMENT | 1241-000 | 400.00 | | 4,075.05 |
| 01/31/12 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 4,075.06 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 4,050.06 |
| 02/02/12 | {11} | STEVEN MEDNIS | Acct #1; Payment #7; SETTLEMENT PAYMENT | 1241-000 | 400.00 | | 4,450.06 |
| 02/14/12 | 1001 | INTERNATIONAL SURETIES, | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2011 FOR CASE #08-11669, BOND#016026455/Feb 1, 2012 thru Feb 1, 2013 | 2300-000 | | 3.17 | 4,446.89 |
| 02/28/12 | {11} | STEVEN MEDNIS | Acct #1; Payment #8; SETTLEMENT PAYMENT | 1241-000 | 400.00 | | 4,846.89 |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 4,821.89 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 4,796.89 |
| 04/02/12 | {11} | STEVEN MEDNIS | Acct #1; Payment #9; SETTLEMENT PAYMENT | 1241-000 | 400.00 | | 5,196.89 |
| 04/30/12 | {11} | STEVE MEDNIS | Acct #1; Payment #10; settlement payment | 1241-000 | 400.00 | | 5,596.89 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 5,571.89 |

Subtotals: $5,800.06   $228.17

{} Asset reference(s)   !-Not printed or not transmitted   Printed: 03/28/2014 11:02 AM   V.13.14

Exhibit B

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 08-11669-BWB  
**Case Name:** DOMINQUEZ, WILFREDO  
DOMINGUEZ, MARGARET  
**Taxpayer ID #:** **-***1952  
**Period Ending:** 03/28/14  

**Trustee:** THOMAS B. SULLIVAN, TRUSTEE (330180)  
**Bank Name:** The Bank of New York Mellon  
**Account:** ****-******12-65 - Checking Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 5,546.89 |
| 06/01/12 | {11} | STEVEN MEDNIS | Acct #1; Payment #11; SETTLEMENT PAYMENT | 1241-000 | 400.00 | | 5,946.89 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 5,921.89 |
| 07/02/12 | {11} | STEVEN MEDNIS | Acct #1; Payment #12; SETTLEMENT PAYMENT | 1241-000 | 400.00 | | 6,321.89 |
| 07/31/12 | {11} | STEVEN MEDNIS | Acct #1; Payment #13; SETTLEMENT PAYMENT | 1241-000 | 400.00 | | 6,721.89 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 6,696.89 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 6,671.89 |
| 09/04/12 | {11} | STEVEN MEDNIS | Acct #1; Payment #14; SETTLEMENT PAYMENT | 1241-000 | 400.00 | | 7,071.89 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 7,046.89 |
| 10/01/12 | {11} | STEVEN MEDNIS | Acct #1; Payment #15; SETTLEMENT PAYMENT | 1241-000 | 400.00 | | 7,446.89 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 7,421.89 |
| 11/01/12 | {11} | STEVEN MEDNIS | Acct #1; Payment #16; SETTLEMENT PAYMENT | 1241-000 | 400.00 | | 7,821.89 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 7,796.89 |
| 12/03/12 | {11} | STEVEN MEDNIS | Acct #1; Payment #17; SETTLEMENT PAYMENT | 1241-000 | 400.00 | | 8,196.89 |
| 12/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 8,171.89 |
| 01/03/13 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001033018088 20130103 | 9999-000 | | 8,171.89 | 0.00 |

|  |  |  |
|---|---:|---:|
| **ACCOUNT TOTALS** | 8,600.06 | 8,600.06 | $0.00 |
| Less: Bank Transfers | 0.00 | 8,171.89 | |
| **Subtotal** | 8,600.06 | 428.17 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$8,600.06** | **$428.17** | |

{} Asset reference(s)

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

| Case Number: | 08-11669-BWB | | Trustee: | THOMAS B. SULLIVAN, TRUSTEE (330180) |
|---|---|---|---|---|
| Case Name: | DOMINQUEZ, WILFREDO | | Bank Name: | The Bank of New York Mellon |
| | DOMINGUEZ, MARGARET | | Account: | ****-******12-66 - Checking Account |
| Taxpayer ID #: | **-***1952 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 03/28/14 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | **ACCOUNT TOTALS** | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

{} Asset reference(s)  Printed: 03/28/2014 11:02 AM   V.13.14

Page: 4

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 08-11669-BWB  
**Case Name:** DOMINQUEZ, WILFREDO  
DOMINGUEZ, MARGARET  
**Taxpayer ID #:** **-***1952  
**Period Ending:** 03/28/14  

**Trustee:** THOMAS B. SULLIVAN, TRUSTEE (330180)  
**Bank Name:** Rabobank, N.A.  
**Account:** ****627465 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 01/04/13 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 8,171.89 | | 8,171.89 |
| 01/07/13 | {11} | STEVEN MEDNIS | Acct #1; Payment #18; SETTLEMENT PAYMENT | 1241-000 | 400.00 | | 8,571.89 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 12.97 | 8,558.92 |
| 02/04/13 | {11} | STEVEN & JESSICA MEDNIS | Acct #1; Payment #19; SETTLEMENT PAYMENT | 1241-000 | 400.00 | | 8,958.92 |
| 02/13/13 | 11002 | THOMAS B. SULLIVAN | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2012 FOR CASE #08-11669, Bond #016026455 Voided on 02/13/13 | 2300-000 | | 7.80 | 8,951.12 |
| 02/13/13 | 11002 | THOMAS B. SULLIVAN | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2012 FOR CASE #08-11669, Bond #016026455 Voided: check issued on 02/13/13 | 2300-000 | | -7.80 | 8,958.92 |
| 02/13/13 | 11003 | INTERNATIONAL SURETIES, | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2012 FOR CASE #08-11669, bond#016026455 | 2300-000 | | 7.80 | 8,951.12 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 11.92 | 8,939.20 |
| 03/04/13 | {11} | STEVEN MEDNIS | Acct #1; Payment #20; SETTLEMENT PAYMENET | 1241-000 | 400.00 | | 9,339.20 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 12.88 | 9,326.32 |
| 04/09/13 | {11} | STEVEN MEDNIS | Acct #1; Payment #21; SETTLEMENT PAYMENT | 1241-000 | 400.00 | | 9,726.32 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 14.69 | 9,711.63 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 14.43 | 9,697.20 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.01 | 9,684.19 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 15.32 | 9,668.87 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.90 | 9,654.97 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.42 | 9,641.55 |
| 10/07/13 | 11004 | COURTHOUSE COURIER | INV CLU-2013003646/SERVICE OF WAGE DEDUCTION ON ILLINOIS TOLLWAY | 2990-000 | | 65.00 | 9,576.55 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 15.23 | 9,561.32 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 12.83 | 9,548.49 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 15.10 | 9,533.39 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 14.16 | 9,519.23 |
| 02/03/14 | 11005 | INTERNATIONAL SURETIES, | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2013 FOR CASE | 2300-000 | | 7.99 | 9,511.24 |

Subtotals: $9,771.89 $260.65

{} Asset reference(s)      Printed: 03/28/2014 11:02 AM   V.13.14

Exhibit B

# Form 2
## Cash Receipts And Disbursements Record

Page: 5

**Case Number:** 08-11669-BWB  
**Case Name:** DOMINQUEZ, WILFREDO  
DOMINGUEZ, MARGARET  
**Taxpayer ID #:** **-***1952  
**Period Ending:** 03/28/14

**Trustee:** THOMAS B. SULLIVAN, TRUSTEE (330180)  
**Bank Name:** Rabobank, N.A.  
**Account:** ****627465 - Checking Account  
**Blanket Bond:** $5,000,000.00   (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | #08-11669, BOND#016026455 | | | | |
| | | | **ACCOUNT TOTALS** | | 9,771.89 | 260.65 | $9,511.24 |
| | | | Less: Bank Transfers | | 8,171.89 | 0.00 | |
| | | | **Subtotal** | | 1,600.00 | 260.65 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | $1,600.00 | $260.65 | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # ****-******12-65** | 8,600.06 | 428.17 | 0.00 |
| **Checking # ****-******12-66** | 0.00 | 0.00 | 0.00 |
| **Checking # ****627465** | 1,600.00 | 260.65 | 9,511.24 |
| | $10,200.06 | $688.82 | $9,511.24 |

{} Asset reference(s)

Printed: 03/28/2014 11:02 AM    V.13.14

# EXHIBIT A
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** February 25, 2010

**Case Number:** 08-11669-BWB  
**Debtor Name:** DOMINQUEZ, WILFREDO

Page: 1

**Date:** March 28, 2014  
**Time:** 11:02:17 AM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 200 | THOMAS B. SULLIVAN, TRUSTEE<br>105 W Madison<br>Suite 1500<br>Chicago, IL 60602 | Admin Ch. 7 | | $1,770.01 | $0.00 | 1,770.01 |
| 200 | THOMAS B. SULLIVAN, TRUSTEE<br>105 W Madison<br>Suite 1500<br>Chicago, IL 60602 | Admin Ch. 7 | | $155.00 | $0.00 | 155.00 |
| 9P-2<br>570 | Department of the Treasury<br>Internal Revenue Services<br>P O Box 7346<br>Philadelphia, PA 19101-7346 | Priority | | $77.05 | $0.00 | 77.05 |
| 1<br>610 | Rmi/Mcsi<br>Po Box 666<br>Lansing, IL 60438 | Unsecured | | $250.00 | $0.00 | 250.00 |
| 2 -2<br>610 | CHASE BANK USA, NA<br>PO BOX 15145<br>WILMINGTON, DE 19850 | Unsecured | | $1,057.74 | $0.00 | 1,057.74 |
| 3<br>610 | CIT Bank<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221 | Unsecured | | $4,543.99 | $0.00 | 4,543.99 |
| 4<br>610 | LVNV Funding LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Unsecured | | $1,466.98 | $0.00 | 1,466.98 |
| 5<br>610 | LVNV Funding LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Unsecured | | $3,530.11 | $0.00 | 3,530.11 |
| 6<br>610 | eCAST Settlement Corporation assignee of<br>Household Finance Corporation Beneficial<br>POB 35480<br>Newark, NJ 07193-5480 | Unsecured | | $7,207.00 | $0.00 | 7,207.00 |
| 7<br>610 | Recovery Management Systems Corporation<br>For Capital Recovery One,As Assignee of<br>Household Metris,25 SE 2nd Avenue, Suite<br>Miami, FL 33131 | Unsecured | | $1,966.45 | $0.00 | 1,966.45 |
| 8<br>610 | eCAST Settlement Corporation assignee of<br>HSBC CONSUMER LENDING USA INC<br>POB 35480<br>Newark, NJ 07193-5480 | Unsecured | | $7,207.00 | $0.00 | 7,207.00 |
| 9U-2<br>610 | Department of the Treasury<br>Internal Revenue Services<br>P O Box 7346<br>Philadelphia, PA 19101-7346 | Unsecured | | $54.73 | $0.00 | 54.73 |

# E X H I B I T   A
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** February 25, 2010

**Case Number:** 08-11669-BWB  
**Debtor Name:** DOMINQUEZ, WILFREDO  

Page: 2

**Date:** March 28, 2014  
**Time:** 11:02:17 AM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---:|---:|---:|
| **<< Totals >>** | | | | 29,286.06 | 0.00 | 29,286.06 |

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 08-11669-BWB
Case Name: DOMINQUEZ, WILFREDO
Trustee Name: THOMAS B. SULLIVAN, TRUSTEE

**Balance on hand:** $ 9,511.24

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 9,511.24

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - THOMAS B. SULLIVAN, TRUSTEE | 1,770.01 | 0.00 | 1,770.01 |
| Trustee, Expenses - THOMAS B. SULLIVAN, TRUSTEE | 155.00 | 0.00 | 155.00 |

Total to be paid for chapter 7 administration expenses: $ 1,925.01
Remaining balance: $ 7,586.23

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 7,586.23

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $77.05 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 9P-2 | Department of the Treasury | 77.05 | 0.00 | 77.05 |

Total to be paid for priority claims: $ 77.05
Remaining balance: $ 7,509.18

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

**UST Form 101-7-TFR (05/1/2011)**

Timely claims of general (unsecured) creditors totaling $ 27,284.00 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 27.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Rmi/Mcsi | 250.00 | 0.00 | 68.81 |
| 2 -2 | CHASE BANK USA, NA | 1,057.74 | 0.00 | 291.11 |
| 3 | CIT Bank | 4,543.99 | 0.00 | 1,250.61 |
| 4 | LVNV Funding LLC | 1,466.98 | 0.00 | 403.75 |
| 5 | LVNV Funding LLC | 3,530.11 | 0.00 | 971.57 |
| 6 | eCAST Settlement Corporation assignee of | 7,207.00 | 0.00 | 1,983.53 |
| 7 | Recovery Management Systems Corporation | 1,966.45 | 0.00 | 541.21 |
| 8 | eCAST Settlement Corporation assignee of | 7,207.00 | 0.00 | 1,983.53 |
| 9U-2 | Department of the Treasury | 54.73 | 0.00 | 15.06 |

Total to be paid for timely general unsecured claims:    $    7,509.18
Remaining balance:    $    0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims:    $    0.00
Remaining balance:    $    0.00

**UST Form 101-7-TFR (05/1/2011)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00

Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**