# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re: DOMINQUEZ, WILFREDO § Case No. 08-11669-BWB
　　　　DOMINGUEZ, MARGARET §
　　　　　　　　　　　　　　　§
Debtor(s) §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

　　Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that THOMAS B. SULLIVAN, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

　　The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
　　219 S Dearborn Street
　　Chicago, IL 60604

　　Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:15am on 06/06/2014 in Courtroom　　, United States Courthouse, 150 W Jefferson Street
Second Floor
Joliet, IL
.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date Mailed:  05/02/2014         By:  /s/THOMAS B. SULLIVAN, TRUSTEE
                                                                    Trustee

THOMAS B. SULLIVAN, TRUSTEE
105 W Madison
Suite 1500
Chicago, IL  60602
(312) 878-4802

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: DOMINQUEZ, WILFREDO | § | Case No. 08-11669-BWB |
| DOMINGUEZ, MARGARET | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 10,200.06 |
| *and approved disbursements of* | $ 688.82 |
| *leaving a balance on hand of* [1] | $ 9,511.24 |
| **Balance on hand:** | $ 9,511.24 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | | None | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 9,511.24 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - THOMAS B. SULLIVAN, TRUSTEE | 1,770.01 | 0.00 | 1,770.01 |
| Trustee, Expenses - THOMAS B. SULLIVAN, TRUSTEE | 155.00 | 0.00 | 155.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 1,925.01 |
| Remaining balance: | $ 7,586.23 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

|  |  |  |
|---|---|---|
| Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
| Remaining balance: | $ | 7,586.23 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $77.05 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 9P-2 | Department of the Treasury | 77.05 | 0.00 | 77.05 |

|  |  |  |
|---|---|---|
| Total to be paid for priority claims: | $ | 77.05 |
| Remaining balance: | $ | 7,509.18 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 27,284.00 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 27.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Rmi/Mcsi | 250.00 | 0.00 | 68.81 |
| 2 -2 | CHASE BANK USA, NA | 1,057.74 | 0.00 | 291.11 |
| 3 | CIT Bank | 4,543.99 | 0.00 | 1,250.61 |
| 4 | LVNV Funding LLC | 1,466.98 | 0.00 | 403.75 |
| 5 | LVNV Funding LLC | 3,530.11 | 0.00 | 971.57 |
| 6 | eCAST Settlement Corporation assignee of | 7,207.00 | 0.00 | 1,983.53 |
| 7 | Recovery Management Systems Corporation | 1,966.45 | 0.00 | 541.21 |
| 8 | eCAST Settlement Corporation assignee of | 7,207.00 | 0.00 | 1,983.53 |
| 9U-2 | Department of the Treasury | 54.73 | 0.00 | 15.06 |

**UST Form 101-7-NFR (10/1/2010)**

|  | Total to be paid for timely general unsecured claims: | $ | 7,509.18 |
|--|--|--|--|
|  | Remaining balance: | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|--|--|--|--|--|
| None | | | | |

|  | Total to be paid for tardy general unsecured claims: | $ | 0.00 |
|--|--|--|--|
|  | Remaining balance: | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|--|--|--|--|--|
| None | | | | |

|  | Total to be paid for subordinated claims: | $ | 0.00 |
|--|--|--|--|
|  | Remaining balance: | $ | 0.00 |


Prepared By: /s/THOMAS B. SULLIVAN, TRUSTEE
Trustee

THOMAS B. SULLIVAN, TRUSTEE
105 W Madison
Suite 1500
Chicago, IL  60602
(312) 878-4802

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                            Case No. 08-11669-BWB
Wilfredo Dominguez                                                Chapter 7
Margaret Dominguez
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1            User: nmolina              Page 1 of 2              Date Rcvd: May 05, 2014
                                Form ID: pdf006            Total Noticed: 30

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 07, 2014.
db/jdb         +Wilfredo Dominguez,   Margaret Dominguez,   3504 Waterford Drive,   Joliet, IL 60431-8445
12217865      ++CAPITAL ONE,   PO BOX 30285,   SALT LAKE CITY UT 84130-0285
               (address filed with court: Capital 1 Bank,   Attn: C/O TSYS Debt Management,   Po Box 5155,
               Norcross, GA 30091)
14349633       CHASE BANK USA, NA,   PO BOX 15145,   WILMINGTON, DE  19850-5145
12217867       +Chase,   Chase CC Srvs/Attn: Bankruptcy Dept,   Po Box 100018,   Kennesaw, GA 30156-9204
12217868       +Cit Fin Serv,   Po Box 624,   Marlton, NJ 08053-0624
12217869      ++DELL FINANCIAL SERVICES,   P O BOX 81577,   AUSTIN TX 78708-1577
               (address filed with court: Dell Financial Services,   Po Box 81577,   Austin, TX 78708)
12217870       +Emc Mortgage,   Po Box 293450,   Lewisville, TX 75029-3450
12217871       +Harris & Harris Ltd,   600 W Jackson Blvd Ste 4,   Chicago, IL 60661-5675
12217872       +Hsbc/carsn,   Po Box 15521,   Wilmington, DE 19850-5521
12217873       +Louis A Weinstock,   20 N Clark St,   Suite 2600,   Chicago, IL 60602-5106
12217875       +Rmi/Mcsi,   Po Box 666,   Lansing, IL 60438-0666
12217876       +Sears,   Citi Corp Credit Services,   Po Box 20363,   Kansas City, MO 64195-0363
12217877       +Steven Dominguez,   2558 N. Nordica,   Elmwood Park, IL 60707-2110
12217878       +Toyota Motor Credit,   1111 W 22nd St Ste 420,   Oak Brook, IL 60523-1959
12936984       +Trustee Thomas B. Sullivan,   Grochocinski, Grochocinski & Loyd,   1900 Ravinia Place,
               Orland Park, IL 60462-3760
12217879       +Unifund,   10625 Techwoods Circle,   Cincinnati, OH 45242-2846
12217880       +Victoria's Secret,   Po Box 182125,   Columbus, OH 43218-2125
12217882       +WFNNB/Value City Furn,   220 W. Schrock Rd.,   Westerville, OH 43081-2873
12217881       +Wfnnb/harlem,   Po Box 182273 - Wf,   Columbus, OH 43218-2273
13025978        eCAST Settlement Corporation assignee of,   HSBC CONSUMER LENDING USA INC,   POB 35480,
               Newark NJ 07193-5480
12682905        eCAST Settlement Corporation assignee of,   Household Finance Corporation Beneficial,   POB 35480,
               Newark NJ 07193-5480

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
12217862       +E-mail/PDF: recoverybankruptcy@afninet.com May 06 2014 08:12:43      Afni, Inc.,
               Attn; DP Recovery Support,   Po Box 3427,   Bloomington, IL 61702-3427
12476886       +E-mail/Text: bncmail@w-legal.com May 06 2014 08:01:28       CHASE BANK USA,
               C O WEINSTEIN AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
12217866       +E-mail/Text: coafinternalbkteam@capitaloneauto.com May 06 2014 08:02:48
               Capital One Auto Finance,   3905 N Dallas Pkwy,   Plano, TX 75093-7892
12217864        E-mail/PDF: rmscedi@recoverycorp.com May 06 2014 08:17:11      Capital Recovery One,
               (Household Metris),   c/o Recovery Management Systems Corp,   25 S.E. 2nd Avenue, Suite 1120,
               Miami, FL 33131-1605
12936985        E-mail/Text: cio.bncmail@irs.gov May 06 2014 08:00:35      Department of the Treasury,
               Internal Revenue Services,   P O Box 7346,   Philadelphia, PA 19101-7346
12593870        E-mail/PDF: resurgentbknotifications@resurgent.com May 06 2014 08:16:59      LVNV Funding LLC,
               Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
12217874       +E-mail/Text: bankrup@aglresources.com May 06 2014 08:00:06      Nicor Gas,   1844 Ferry Road,
               Naperville, IL 60563-9600
12697859       +E-mail/PDF: rmscedi@recoverycorp.com May 06 2014 08:15:39
               Recovery Management Systems Corporation,   For Capital Recovery One,
               As Assignee of Household Metris,   25 SE 2nd Avenue, Suite 1120,   Miami FL 33131-1605
12217863        E-mail/PDF: cbp@slfs.com May 06 2014 08:16:55      Amer Gen Fin,   1614 W. Belmont,
               Chicago, IL 60657
                                                                                              TOTAL: 9

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty             The Law Firm of William J Factor LTD
aty             William J Factor
12553645       ##CIT Bank,   MS 550,   PO Box 91121,   Seattle, WA 98111-9221
                                                                                               TOTALS: 2, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-1          User: nmolina              Page 2 of 2             Date Rcvd: May 05, 2014
                              Form ID: pdf006            Total Noticed: 30
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 07, 2014                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 2, 2014 at the address(es) listed below:
              Andrew K. Weiss    on behalf of Debtor Wilfredo  Dominguez andrew.weiss@gardencitygroup.com
              Andrew K. Weiss    on behalf of Joint Debtor Margaret   Dominguez andrew.weiss@gardencitygroup.com
              Ariane  Holtschlag    on behalf of Trustee Thomas B Sullivan aholtschlag@wfactorlaw.com,
               gsullivan@wfactorlaw.com;gsullivan@ecf.inforuptcy.com
              David P Lloyd    on behalf of Plaintiff Thomas B Sullivan courtdocs@davidlloydlaw.com
              David P Lloyd    on behalf of Trustee Thomas B Sullivan courtdocs@davidlloydlaw.com
              Diane A Aniolowski    on behalf of Debtor Wilfredo  Dominguez NDILnotices@legalhelpers.com,
               daa@legalhelpers.com;CourtNotice@legalhelpers.com
              Diane A Aniolowski    on behalf of Joint Debtor Margaret  Dominguez NDILnotices@legalhelpers.com,
               daa@legalhelpers.com;CourtNotice@legalhelpers.com
              Gerald  Mylander    on behalf of Trustee Glenn B Stearns mcguckin_m@lisle13.com
              Jose G Moreno    on behalf of Creditor   LaSalle Bank National Association nd-one@il.cslegal.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Thomas B Sullivan    tsullivan@wfactorlaw.com,  IL19@ecfcbis.com;gsullivan@ecf.inforuptcy.com
              Zlatina  Meier    on behalf of Debtor Wilfredo  Dominguez inameier6@gmail.com,  inazmeier@gmail.com
              Zlatina  Meier    on behalf of Joint Debtor Margaret  Dominguez inameier6@gmail.com,
               inazmeier@gmail.com
                                                                                             TOTAL: 13
```