# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: DOMINQUEZ, WILFREDO | § | Case No. 08-11669-BWB |
| DOMINGUEZ, MARGARET | § | |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

THOMAS B. SULLIVAN, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2)  A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:  $354,884.25 *(without deducting any secured claims)* | Assets Exempt:  $110,963.25 |
| Total Distribution to Claimants:$7,586.23 | Claims Discharged Without Payment: $12,567.82 |
| Total Expenses of Administration:$2,613.83 | |

3)  Total gross receipts of $      10,200.06     (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $      0.00     (see **Exhibit 2**), yielded net receipts of  $10,200.06 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 2,613.83 | 2,613.83 | 2,613.83 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 77.05 | 77.05 | 77.05 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 27,284.00 | 20,077.00 | 7,509.18 |
| **TOTAL DISBURSEMENTS** | $0.00 | $29,974.88 | $22,767.88 | $10,200.06 |

4)  This case was originally filed under Chapter 7 on October 09, 2009. The case was pending for 62 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as  **Exhibit 8** .  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as  **Exhibit 9** .

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  11/24/2014            By:  /s/THOMAS B. SULLIVAN, TRUSTEE
                                                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 −GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| TRANSFER OF REAL ESTATE | 1241-000 | 10,200.00 |
| Interest Income | 1270-000 | 0.06 |
| **TOTAL GROSS RECEIPTS** | | **$10,200.06** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 −FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 −SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| THOMAS B. SULLIVAN, TRUSTEE | 2100-000 | N/A | 1,770.01 | 1,770.01 | 1,770.01 |
| THOMAS B. SULLIVAN, TRUSTEE | 2200-000 | N/A | 155.00 | 155.00 | 155.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| INTERNATIONAL SURETIES, | 2300-000 | N/A | 3.17 | 3.17 | 3.17 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| Rabobank, N.A. | 2600-000 | N/A | 12.97 | 12.97 | 12.97 |
| INTERNATIONAL SURETIES, | 2300-000 | N/A | 7.80 | 7.80 | 7.80 |
| Rabobank, N.A. | 2600-000 | N/A | 11.92 | 11.92 | 11.92 |
| Rabobank, N.A. | 2600-000 | N/A | 12.88 | 12.88 | 12.88 |
| Rabobank, N.A. | 2600-000 | N/A | 14.69 | 14.69 | 14.69 |
| Rabobank, N.A. | 2600-000 | N/A | 14.43 | 14.43 | 14.43 |
| Rabobank, N.A. | 2600-000 | N/A | 13.01 | 13.01 | 13.01 |
| Rabobank, N.A. | 2600-000 | N/A | 15.32 | 15.32 | 15.32 |
| Rabobank, N.A. | 2600-000 | N/A | 13.90 | 13.90 | 13.90 |
| Rabobank, N.A. | 2600-000 | N/A | 13.42 | 13.42 | 13.42 |
| COURTHOUSE COURIER | 2990-000 | N/A | 65.00 | 65.00 | 65.00 |
| Rabobank, N.A. | 2600-000 | N/A | 15.23 | 15.23 | 15.23 |
| Rabobank, N.A. | 2600-000 | N/A | 12.83 | 12.83 | 12.83 |
| Rabobank, N.A. | 2600-000 | N/A | 15.10 | 15.10 | 15.10 |
| Rabobank, N.A. | 2600-000 | N/A | 14.16 | 14.16 | 14.16 |
| INTERNATIONAL SURETIES, | 2300-000 | N/A | 7.99 | 7.99 | 7.99 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $2,613.83 | $2,613.83 | $2,613.83 |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | None | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | N/A | | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 9P-2 | Department of the Treasury | 5800-000 | N/A | 77.05 | 77.05 | 77.05 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $0.00 | $77.05 | $77.05 | $77.05 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Clerk Of The U.S. Bankruptcy Court - Rmi/Mcsi | 7100-001 | N/A | 250.00 | 250.00 | 93.50 |
| 2 -2 | CHASE BANK USA, NA | 7100-000 | N/A | 1,057.74 | 1,057.74 | 395.61 |
| 3 | Clerk Of The U.S. Bankruptcy Court - CIT Bank | 7100-001 | N/A | 4,543.99 | 4,543.99 | 1,699.54 |
| 4 | LVNV Funding LLC | 7100-000 | N/A | 1,466.98 | 1,466.98 | 548.68 |
| 5 | LVNV Funding LLC | 7100-000 | N/A | 3,530.11 | 3,530.11 | 1,320.33 |
| 6 | eCAST Settlement Corporation assignee of | 7100-000 | N/A | 7,207.00 | 7,207.00 | 2,695.56 |
| 7 | Recovery Management Systems Corporation | 7100-000 | N/A | 1,966.45 | 1,966.45 | 735.49 |
| 8 | eCAST Settlement Corporation assignee of | 7100-000 | N/A | 7,207.00 | 0.00 | 0.00 |
| 9U-2 | Department of the Treasury | 7100-000 | N/A | 54.73 | 54.73 | 20.47 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $0.00 | $27,284.00 | $20,077.00 | $7,509.18 |

Exhibit 8

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 08-11669-BWB | **Trustee:** (330180)   THOMAS B. SULLIVAN, TRUSTEE |
| **Case Name:** DOMINQUEZ, WILFREDO | **Filed (f) or Converted (c):** 10/09/09 (c) |
| DOMINGUEZ, MARGARET | **§341(a) Meeting Date:** 07/03/08 |
| **Period Ending:** 11/24/14 | **Claims Bar Date:** 02/25/10 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 3504 WATERFORD DRIVE, JOLIET, IL | 272,000.00 | 0.00 | | 0.00 | FA |
| 2 | CHECKING ACCOUNTS | 1,500.00 | 0.00 | | 0.00 | FA |
| 3 | MISC HOUSEHOLD GOODS | 2,000.00 | 0.00 | | 0.00 | FA |
| 4 | MISC BOOKS, ETC | 200.00 | 0.00 | | 0.00 | FA |
| 5 | CLOTHING | 1,200.00 | 0.00 | | 0.00 | FA |
| 6 | COSTUME JEWELRY | 200.00 | 0.00 | | 0.00 | FA |
| 7 | LIFE INSURANCE POLICY | 0.00 | 0.00 | | 0.00 | FA |
| 8 | 401K | 60,213.00 | 0.00 | | 0.00 | FA |
| 9 | MUTUAL OF AMERICA - | 9,461.25 | 0.00 | | 0.00 | FA |
| 10 | 2003 TOYOTA HIGHLANDER | 8,110.00 | 0.00 | | 0.00 | FA |
| 11 | TRANSFER OF REAL ESTATE (u) | 37,000.00 | 37,000.00 | | 10,200.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 0.06 | FA |
| 12 | **Assets   Totals** (Excluding unknown values) | **$391,884.25** | **$37,000.00** | | **$10,200.06** | **$0.00** |

**Major Activities Affecting Case Closing:**

PURSUING FRAUDULENT CONVEYANCE JUDGMENT AGAINST CHILDREN; COLLECTING ON JUDGMENT; $400.00 PER MONTH FOR 36 MONTHS; MEDNIS FILED BANKRUPTCY; RESEARCHING 727 OR 523 COMPLAINT; AS PART OF OUR COLLECTION EFFORTS A JUDGMENT LIEN WAS RECORDED AGAINST MEDNIS' RESIDENCE; DUE TO MEDNIS' BK FILING AND RELATED FORECLOSURE, THE TRUSTEE BELIEVES THERE TO BE OF DEMIN IMUS VALUE

**Initial Projected Date Of Final Report (TFR):**   December 31, 2012    **Current Projected Date Of Final Report (TFR):**   May 2, 2014  (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** | 08-11669-BWB |
| **Case Name:** | DOMINQUEZ, WILFREDO |
| | DOMINGUEZ, MARGARET |
| **Taxpayer ID #:** | **-***1952 |
| **Period Ending:** | 11/24/14 |

| | |
|---|---|
| **Trustee:** | THOMAS B. SULLIVAN, TRUSTEE (330180) |
| **Bank Name:** | The Bank of New York Mellon |
| **Account:** | ****-******12-65 - Checking Account |
| **Blanket Bond:** | $5,000,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 07/28/11 | | STEVE MEDNIS | Acct #1; Payment #0, 1 | | 2,200.00 | | 2,200.00 |
| | {11} | | Acct #1; Payment #0          1,800.00 | 1241-000 | | | 2,200.00 |
| | {11} | | Acct #1; Payment #1            400.00 | 1241-000 | | | 2,200.00 |
| 08/26/11 | {11} | STEVE MEDNIS | Acct #1; Payment #2; SETTLEMENT PAYMENT | 1241-000 | 400.00 | | 2,600.00 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.01 | | 2,600.01 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 2,575.01 |
| 09/29/11 | {11} | STEVE MEDNIS | Acct #1; Payment #3; SETTLEMENT PAYMENT | 1241-000 | 400.00 | | 2,975.01 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.01 | | 2,975.02 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 2,950.02 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.01 | | 2,950.03 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 2,925.03 |
| 11/02/11 | {11} | STEVE & JESSICA MEDNIS | Acct #1; Payment #4; SETTLEMENT PAYMENT | 1241-000 | 400.00 | | 3,325.03 |
| 11/30/11 | {11} | STEVE MEDNIS | Acct #1; Payment #6; settlement funds | 1241-000 ! | 400.00 | | 3,725.03 |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.01 | | 3,725.04 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 3,700.04 |
| 12/30/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.01 | | 3,700.05 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 3,675.05 |
| 01/03/12 | {11} | MARGARET DOMINGUEZ | Acct #1; Payment #5; SETTLEMENT PAYMENT | 1241-000 | 400.00 | | 4,075.05 |
| 01/31/12 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.01 | | 4,075.06 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 4,050.06 |
| 02/02/12 | {11} | STEVEN MEDNIS | Acct #1; Payment #7; SETTLEMENT PAYMENT | 1241-000 | 400.00 | | 4,450.06 |
| 02/14/12 | 1001 | INTERNATIONAL SURETIES, | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2011 FOR CASE #08-11669, BOND#016026455/Feb 1, 2012 thru Feb 1, 2013 | 2300-000 | | 3.17 | 4,446.89 |
| 02/28/12 | {11} | STEVEN MEDNIS | Acct #1; Payment #8; SETTLEMENT PAYMENT | 1241-000 | 400.00 | | 4,846.89 |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 4,821.89 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 4,796.89 |
| 04/02/12 | {11} | STEVEN MEDNIS | Acct #1; Payment #9; SETTLEMENT PAYMENT | 1241-000 | 400.00 | | 5,196.89 |
| 04/30/12 | {11} | STEVE MEDNIS | Acct #1; Payment #10; settlement payment | 1241-000 | 400.00 | | 5,596.89 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 5,571.89 |

|  | Subtotals : | $5,800.06 | $228.17 |
|---|---|---|---|

{} Asset reference(s)                    !-Not printed or not transmitted                    Printed: 11/24/2014 10:14 AM    V.13.15

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 08-11669-BWB | **Trustee:** THOMAS B. SULLIVAN, TRUSTEE (330180) |
| **Case Name:** DOMINQUEZ, WILFREDO | **Bank Name:** The Bank of New York Mellon |
| DOMINGUEZ, MARGARET | **Account:** ****-******12-65 - Checking Account |
| **Taxpayer ID #:** **-***1952 | **Blanket Bond:** $5,000,000.00 (per case limit) |
| **Period Ending:** 11/24/14 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | <br><br>T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 5,546.89 |
| 06/01/12 | {11} | STEVEN MEDNIS | Acct #1; Payment #11; SETTLEMENT PAYMENT | 1241-000 | 400.00 | | 5,946.89 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 5,921.89 |
| 07/02/12 | {11} | STEVEN MEDNIS | Acct #1; Payment #12; SETTLEMENT PAYMENT | 1241-000 | 400.00 | | 6,321.89 |
| 07/31/12 | {11} | STEVEN MEDNIS | Acct #1; Payment #13; SETTLEMENT PAYMENT | 1241-000 | 400.00 | | 6,721.89 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 6,696.89 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 6,671.89 |
| 09/04/12 | {11} | STEVEN MEDNIS | Acct #1; Payment #14; SETTLEMENT PAYMENT | 1241-000 | 400.00 | | 7,071.89 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 7,046.89 |
| 10/01/12 | {11} | STEVEN MEDNIS | Acct #1; Payment #15; SETTLEMENT PAYMENT | 1241-000 | 400.00 | | 7,446.89 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 7,421.89 |
| 11/01/12 | {11} | STEVEN MEDNIS | Acct #1; Payment #16; SETTLEMENT PAYMENT | 1241-000 | 400.00 | | 7,821.89 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 7,796.89 |
| 12/03/12 | {11} | STEVEN MEDNIS | Acct #1; Payment #17; SETTLEMENT PAYMENT | 1241-000 | 400.00 | | 8,196.89 |
| 12/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 8,171.89 |
| 01/03/13 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001033018088 20130103 | 9999-000 | | 8,171.89 | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 8,600.06 | 8,600.06 | $0.00 |
| Less: Bank Transfers | 0.00 | 8,171.89 | |
| **Subtotal** | 8,600.06 | 428.17 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$8,600.06** | **$428.17** | |

{} Asset reference(s)

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 08-11669-BWB |
| Case Name: | DOMINQUEZ, WILFREDO |
| | DOMINGUEZ, MARGARET |
| Taxpayer ID #: | **-***1952 |
| Period Ending: | 11/24/14 |

| | |
|---|---|
| Trustee: | THOMAS B. SULLIVAN, TRUSTEE (330180) |
| Bank Name: | The Bank of New York Mellon |
| Account: | ****-*****12-66 - Checking Account |
| Blanket Bond: | $5,000,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | <br><br>T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $0.00 | |

{} Asset reference(s)

Printed: 11/24/2014 10:14 AM    V.13.15

Exhibit 9

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

| | | | | |
|---|---|---|---|---|
| **Case Number:** | 08-11669-BWB | | **Trustee:** | THOMAS B. SULLIVAN, TRUSTEE (330180) |
| **Case Name:** | DOMINQUEZ, WILFREDO | | **Bank Name:** | Rabobank, N.A. |
| | DOMINGUEZ, MARGARET | | **Account:** | ******7465 - Checking Account |
| **Taxpayer ID #:** | **-***1952 | | **Blanket Bond:** | $5,000,000.00  (per case limit) |
| **Period Ending:** | 11/24/14 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | <br><br>T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/04/13 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 8,171.89 | | 8,171.89 |
| 01/07/13 | {11} | STEVEN MEDNIS | Acct #1; Payment #18; SETTLEMENT PAYMENT | 1241-000 | 400.00 | | 8,571.89 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 12.97 | 8,558.92 |
| 02/04/13 | {11} | STEVEN & JESSICA MEDNIS | Acct #1; Payment #19; SETTLEMENT PAYMENT | 1241-000 | 400.00 | | 8,958.92 |
| 02/13/13 | 11002 | THOMAS B. SULLIVAN | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2012 FOR CASE #08-11669, Bond #016026455<br>Voided on 02/13/13 | 2300-000 | | 7.80 | 8,951.12 |
| 02/13/13 | 11002 | THOMAS B. SULLIVAN | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2012 FOR CASE #08-11669, Bond #016026455<br>Voided: check issued on 02/13/13 | 2300-000 | | -7.80 | 8,958.92 |
| 02/13/13 | 11003 | INTERNATIONAL SURETIES, | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2012 FOR CASE #08-11669, bond#016026455 | 2300-000 | | 7.80 | 8,951.12 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 11.92 | 8,939.20 |
| 03/04/13 | {11} | STEVEN MEDNIS | Acct #1; Payment #20; SETTLEMENT PAYMENET | 1241-000 | 400.00 | | 9,339.20 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 12.88 | 9,326.32 |
| 04/09/13 | {11} | STEVEN MEDNIS | Acct #1; Payment #21; SETTLEMENT PAYMENT | 1241-000 | 400.00 | | 9,726.32 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 14.69 | 9,711.63 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 14.43 | 9,697.20 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.01 | 9,684.19 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 15.32 | 9,668.87 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.90 | 9,654.97 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.42 | 9,641.55 |
| 10/07/13 | 11004 | COURTHOUSE COURIER | INV CLU-2013003646/SERVICE OF WAGE DEDUCTION ON ILLINOIS TOLLWAY | 2990-000 | | 65.00 | 9,576.55 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 15.23 | 9,561.32 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 12.83 | 9,548.49 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 15.10 | 9,533.39 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 14.16 | 9,519.23 |
| 02/03/14 | 11005 | INTERNATIONAL SURETIES, | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2013 FOR CASE | 2300-000 | | 7.99 | 9,511.24 |

Subtotals :   $9,771.89   $260.65

{} Asset reference(s)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case Number:** | 08-11669-BWB | |
| **Case Name:** | DOMINQUEZ, WILFREDO | |
| | DOMINGUEZ, MARGARET | |
| **Taxpayer ID #:** | **-***1952 | |
| **Period Ending:** | 11/24/14 | |

| | | |
|---|---|---|
| **Trustee:** | THOMAS B. SULLIVAN, TRUSTEE (330180) | |
| **Bank Name:** | Rabobank, N.A. | |
| **Account:** | ******7465 - Checking Account | |
| **Blanket Bond:** | $5,000,000.00  (per case limit) | |
| **Separate Bond:** | N/A | |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | #08-11669, BOND#016026455 | | | | |
| 06/10/14 | 11006 | THOMAS B. SULLIVAN, TRUSTEE | Dividend paid 100.00% on $1,770.01, Trustee Compensation;  Reference: | 2100-000 | | 1,770.01 | 7,741.23 |
| 06/10/14 | 11007 | THOMAS B. SULLIVAN, TRUSTEE | Dividend paid 100.00% on $155.00, Trustee Expenses;  Reference: | 2200-000 | | 155.00 | 7,586.23 |
| 06/10/14 | 11008 | Department of the Treasury | Dividend paid 100.00% on $77.05; Claim# 9P-2; Filed: $77.05; Reference:<br>Voided on 06/11/14 | 5800-000 | | 77.05 | 7,509.18 |
| 06/10/14 | 11009 | Rmi/Mcsi | Dividend paid  27.52% on $250.00; Claim# 1; Filed: $250.00; Reference:<br>Voided on 06/11/14 | 7100-000 | | 68.81 | 7,440.37 |
| 06/10/14 | 11010 | CHASE BANK USA, NA | Dividend paid  27.52% on $1,057.74; Claim# 2 -2; Filed: $1,057.74; Reference:<br>Voided on 06/11/14 | 7100-000 | | 291.11 | 7,149.26 |
| 06/10/14 | 11011 | CIT Bank | Dividend paid  27.52% on $4,543.99; Claim# 3; Filed: $4,543.99; Reference:<br>Voided on 06/11/14 | 7100-000 | | 1,250.61 | 5,898.65 |
| 06/10/14 | 11012 | LVNV Funding LLC | Dividend paid  27.52% on $1,466.98; Claim# 4; Filed: $1,466.98; Reference:<br>Voided on 06/11/14 | 7100-000 | | 403.75 | 5,494.90 |
| 06/10/14 | 11013 | LVNV Funding LLC | Dividend paid  27.52% on $3,530.11; Claim# 5; Filed: $3,530.11; Reference:<br>Voided on 06/11/14 | 7100-000 | | 971.57 | 4,523.33 |
| 06/10/14 | 11014 | eCAST Settlement Corporation assignee of | Dividend paid  27.52% on $7,207.00; Claim# 6; Filed: $7,207.00; Reference:<br>Voided on 06/11/14 | 7100-000 | | 1,983.53 | 2,539.80 |
| 06/10/14 | 11015 | Recovery Management Systems Corporation | Dividend paid  27.52% on $1,966.45; Claim# 7; Filed: $1,966.45; Reference:<br>Voided on 06/11/14 | 7100-000 | | 541.21 | 1,998.59 |
| 06/10/14 | 11016 | eCAST Settlement Corporation assignee of | Dividend paid  27.52% on $7,207.00; Claim# 8; Filed: $7,207.00; Reference:<br>Voided on 06/11/14 | 7100-000 | | 1,983.53 | 15.06 |
| 06/10/14 | 11017 | Department of the Treasury | Dividend paid  27.52% on $54.73; Claim# 9U-2; Filed: $54.73; Reference:<br>Voided on 06/11/14 | 7100-000 | | 15.06 | 0.00 |
| 06/11/14 | 11008 | Department of the Treasury | Dividend paid 100.00% on $77.05; Claim# 9P-2; Filed: $77.05; Reference:<br>Voided: check issued on 06/10/14 | 5800-000 | | -77.05 | 77.05 |
| 06/11/14 | 11009 | Rmi/Mcsi | Dividend paid  27.52% on $250.00; Claim# 1; | 7100-000 | | -68.81 | 145.86 |

| | | |
|---|---|---|
| Subtotals : | $0.00 | $9,365.38 |

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 08-11669-BWB | **Trustee:** THOMAS B. SULLIVAN, TRUSTEE (330180) |
| **Case Name:** DOMINQUEZ, WILFREDO | **Bank Name:** Rabobank, N.A. |
| DOMINGUEZ, MARGARET | **Account:** ******7465 - Checking Account |
| **Taxpayer ID #:** **-***1952 | **Blanket Bond:** $5,000,000.00  (per case limit) |
| **Period Ending:** 11/24/14 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Filed: $250.00; Reference:<br>Voided: check issued on 06/10/14 | | | | |
| 06/11/14 | 11010 | CHASE BANK USA, NA | Dividend paid  27.52% on $1,057.74; Claim# 2<br>-2; Filed: $1,057.74; Reference:<br>Voided: check issued on 06/10/14 | 7100-000 | | -291.11 | 436.97 |
| 06/11/14 | 11011 | CIT Bank | Dividend paid  27.52% on $4,543.99; Claim# 3;<br>Filed: $4,543.99; Reference:<br>Voided: check issued on 06/10/14 | 7100-000 | | -1,250.61 | 1,687.58 |
| 06/11/14 | 11012 | LVNV Funding LLC | Dividend paid  27.52% on $1,466.98; Claim# 4;<br>Filed: $1,466.98; Reference:<br>Voided: check issued on 06/10/14 | 7100-000 | | -403.75 | 2,091.33 |
| 06/11/14 | 11013 | LVNV Funding LLC | Dividend paid  27.52% on $3,530.11; Claim# 5;<br>Filed: $3,530.11; Reference:<br>Voided: check issued on 06/10/14 | 7100-000 | | -971.57 | 3,062.90 |
| 06/11/14 | 11014 | eCAST Settlement Corporation<br>assignee of | Dividend paid  27.52% on $7,207.00; Claim# 6;<br>Filed: $7,207.00; Reference:<br>Voided: check issued on 06/10/14 | 7100-000 | | -1,983.53 | 5,046.43 |
| 06/11/14 | 11015 | Recovery Management Systems<br>Corporation | Dividend paid  27.52% on $1,966.45; Claim# 7;<br>Filed: $1,966.45; Reference:<br>Voided: check issued on 06/10/14 | 7100-000 | | -541.21 | 5,587.64 |
| 06/11/14 | 11016 | eCAST Settlement Corporation<br>assignee of | Dividend paid  27.52% on $7,207.00; Claim# 8;<br>Filed: $7,207.00; Reference:<br>Voided: check issued on 06/10/14 | 7100-000 | | -1,983.53 | 7,571.17 |
| 06/11/14 | 11017 | Department of the Treasury | Dividend paid  27.52% on $54.73; Claim#<br>9U-2; Filed: $54.73; Reference:<br>Voided: check issued on 06/10/14 | 7100-000 | | -15.06 | 7,586.23 |
| 06/11/14 | 11018 | Department of the Treasury | Dividend paid 100.00% on $77.05; Claim#<br>9P-2; Filed: $77.05; Reference: | 5800-000 | | 77.05 | 7,509.18 |
| 06/11/14 | 11019 | Rmi/Mcsi | Dividend paid  37.40% on $250.00; Claim# 1;<br>Filed: $250.00; Reference:<br>Voided on 06/24/14 | 7100-000 | | 93.50 | 7,415.68 |
| 06/11/14 | 11020 | CHASE BANK USA, NA | Dividend paid  37.40% on $1,057.74; Claim# 2<br>-2; Filed: $1,057.74; Reference: | 7100-000 | | 395.61 | 7,020.07 |
| 06/11/14 | 11021 | CIT Bank | Dividend paid  37.40% on $4,543.99; Claim# 3;<br>Filed: $4,543.99; Reference:<br>Stopped on 09/25/14 | 7100-000 | | 1,699.54 | 5,320.53 |
| 06/11/14 | 11022 | LVNV Funding LLC | Dividend paid  37.40% on $1,466.98; Claim# 4;<br>Filed: $1,466.98; Reference: | 7100-000 | | 548.68 | 4,771.85 |
| 06/11/14 | 11023 | LVNV Funding LLC | Dividend paid  37.40% on $3,530.11; Claim# 5; | 7100-000 | | 1,320.33 | 3,451.52 |
| | | | Subtotals : | | $0.00 | $-3,305.66 | |

Exhibit 9

# Form 2

Page: 7

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 08-11669-BWB | **Trustee:** THOMAS B. SULLIVAN, TRUSTEE (330180) |
| **Case Name:** DOMINQUEZ, WILFREDO | **Bank Name:** Rabobank, N.A. |
| DOMINGUEZ, MARGARET | **Account:** ******7465 - Checking Account |
| **Taxpayer ID #:** **-***1952 | **Blanket Bond:** $5,000,000.00  (per case limit) |
| **Period Ending:** 11/24/14 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Filed: $3,530.11; Reference: | | | | |
| 06/11/14 | 11024 | eCAST Settlement Corporation<br>assignee of | Dividend paid 37.40% on $7,207.00; Claim# 6;<br>Filed: $7,207.00; Reference: | 7100-000 | | 2,695.56 | 755.96 |
| 06/11/14 | 11025 | Recovery Management Systems<br>Corporation | Dividend paid 37.40% on $1,966.45; Claim# 7;<br>Filed: $1,966.45; Reference: | 7100-000 | | 735.49 | 20.47 |
| 06/11/14 | 11026 | Department of the Treasury | Dividend paid 37.40% on $54.73; Claim#<br>9U-2; Filed: $54.73; Reference: | 7100-000 | | 20.47 | 0.00 |
| 06/24/14 | 11019 | Rmi/Mcsi | Dividend paid 37.40% on $250.00; Claim# 1;<br>Filed: $250.00; Reference:<br>Voided: check issued on 06/11/14 | 7100-000 | | -93.50 | 93.50 |
| 09/25/14 | 11021 | CIT Bank | Dividend paid 37.40% on $4,543.99; Claim# 3;<br>Filed: $4,543.99; Reference:<br>Stopped: check issued on 06/11/14 | 7100-000 | | -1,699.54 | 1,793.04 |
| 09/25/14 | 11027 | Clerk Of The U.S. Bankruptcy Court | UNCLAIMED FUNDS | | | 1,793.04 | 0.00 |
| | | | | 93.50 | 7100-001 | | 0.00 |
| | | | | 1,699.54 | 7100-001 | | 0.00 |

| | Receipts $ | Disbursements $ | Checking Account Balance |
|---|---|---|---|
| **ACCOUNT TOTALS** | 9,771.89 | 9,771.89 | $0.00 |
| Less: Bank Transfers | 8,171.89 | 0.00 | |
| **Subtotal** | 1,600.00 | 9,771.89 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | $1,600.00 | $9,771.89 | |

| | |
|---|---|
| Net Receipts : | 10,200.06 |
| Less Other Noncompensable Items : | 1,793.04 |
| Net Estate : | $8,407.02 |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # ****-******12-65** | **8,600.06** | **428.17** | **0.00** |
| **Checking # ****-******12-66** | **0.00** | **0.00** | **0.00** |
| **Checking # ******7465** | **1,600.00** | **9,771.89** | **0.00** |
| | $10,200.06 | $10,200.06 | $0.00 |

{} Asset reference(s)

Printed: 11/24/2014 10:14 AM    V.13.15